AUGUST GLASS, Appellant, *v.* GENS-JARBOE, INC., Respondent, et al., Defendants.

GENS-JARBOE, INC., Third-Party Plaintiff-Appellant, *v.* BARKER BROS. PAINTING CORP., Third-Party Defendant-Respondent.

Argued January 19, 1954; decided February 25, 1954.

*Moe Levine, William W. Heiberger, Bernard Meyerson* and *Max Shamis* for plaintiff-appellant.

*Walter G. Evans, William C. Morris* and *Joseph Kane* for third-party plaintiff-appellant.

*James I. Cuff, Richard A. Koehler, Hobart R. Marvin* and *Lillian E. Cuff* for third-party defendant-respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.